UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGSBY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. PFEIFFER, et al.,<br><br>　　　　Defendants. | **Case No. 1:17-cv-01384-DAD-JLT (PC)**<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS**<br><br>**(Docs. 21, 24-29)** |

　　Plaintiff has filed several motions seeking confirmation of receipt of his pleading and an update on its status. On review, the Court ORDERS as follows:

1. Plaintiff's motions (Docs. 21, 24-29) are **GRANTED**. Plaintiff is informed that the Court has received his first amended complaint and screened it screened by separate order, he may not proceed with discovery until he presents a cognizable claim and has accomplished service. A copy of the Eastern District of California's local rules is available on the Court's website.

///
///
///
///
///

1

2. The Clerk of Court is directed to send to plaintiff a copy of the last order entered in this case (Doc. 20.)

IT IS SO ORDERED.

Dated: **April 25, 2019**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE