UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGSBY,<br><br>            Plaintiff,<br><br>     v.<br><br>C. PFEIFER, et al.,<br><br>            Defendants. | Case No.  1:17-cv-01384-DAD-JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO BE GRANTED A SETTLEMENT<br><br>(Doc. 50) |

After Defendants recently opted out of the Court's Post-Screening ADR Project, Plaintiff filed a motion to be granted a settlement conference. In the alternative, Plaintiff asks that a scheduling order issue so that he may begin to conduct discovery. Since a discovery and scheduling order issued on September 15, 2020, Plaintiff's motion (Doc. 50) is **DENIED** as moot.

IT IS SO ORDERED.

   Dated:   **September 16, 2020**               **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE