UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGSBY,<br><br>   Plaintiff,<br><br>   v.<br><br>M. HERNANDEZ,<br><br>   Defendant. | 1:17-cv-01384-DAD-JLT (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>ORDER DENYING PLAINTIFF'S MOTION TO DENY DEFENDANT'S MOTION<br><br>(Docs. 58-59)<br><br>TWENTY-ONE DAY DEADLINE |

Defendant has moved for a modification of the deadline set forth in the Discovery and Scheduling Order to file a motion for summary judgment for failure to exhaust administrative remedies. Also pending is Plaintiff's motion to deny this order, which the Court construes as an opposition.

Good cause appearing, Defendant's motion (Doc. 58) is **GRANTED**, and his motion for summary judgment for failure to exhaust administrative remedies is deemed timely filed. Plaintiff's related motion (Doc. 59) is **DENIED**.

///

///

///

///

Plaintiff shall file his opposition, if any, to Defendant's motion within twenty-one days from the date of this order.

IT IS SO ORDERED.

Dated:  **March 17, 2021**                              **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE