UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGSBY,<br><br>             Plaintiff,<br><br>    v.<br><br>C. PFEIFFER, et al.,<br><br>             Defendant. | 1:17-cv-01384-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>(Doc. 64) |

Recently, plaintiff filed an application to proceed in forma pauperis. Because the Court granted plaintiff's previous application to proceed in forma pauperis on October 18, 2017, the Court DENIES Plaintiff's recent application (Doc. 64) as moot.

IT IS SO ORDERED.

   Dated:   **March 17, 2021**             **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE

1