UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGSBY,<br><br>    Plaintiff,<br><br>v.<br><br>M. HERNANDEZ,<br><br>    Defendant. | Case No. 1:17-cv-001384-DAD-JLT (PC)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NO OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>14-DAY DEADLINE |

On January 12, 2021, Defendant filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. (Doc. 61). Local Rule 260(l) provides:

> Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.

L.R. 260(l).

More than twenty-one days have passed since service of the motion for summary judgment, and Plaintiff has not filed a response. Accordingly, Plaintiff is **ORDERED** to file, within **14 days**, an opposition or statement of no opposition to Defendant's motion for summary judgment. (Doc. 61). **Failure to comply with this order may result in a recommendation for**

**the Court to grant Defendant's motion for summary judgment as unopposed or the imposition of sanctions for failure to comply with a court order.** *See* L.R. 110.

IT IS SO ORDERED.

Dated: **April 13, 2021**     /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE

2