UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGSBY,<br><br>    Plaintiff,<br><br>  v.<br><br>M. HERNANDEZ,<br><br>    Defendant. | 1:17-cv-01384-DAD-JLT (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(Doc. 68) |

Defendant has filed a motion seeking a second modification of the Discovery and Scheduling Order to extend the dispositive motion deadline from April 16, 2021, to thirty days after the Court rules on the pending exhaustion motion. (Doc. 48.) As grounds, Defendant argues that, if granted, the motion will resolve the case.

In the interest of judicial economy and for good cause shown, the Court **GRANTS** Defendant's motion. (Doc. 58.) If the exhaustion motion is denied, the dispositive motion deadline is extended to thirty days after the Court's ruling on the exhaustion issue.

IT IS SO ORDERED.

Dated:   **April 18, 2021**              _ /s/ Jennifer L. Thurston
                                         CHIEF UNITED STATES MAGISTRATE JUDGE

1